Teresa A. Ascencio Cal. Bar No. 217053
SONNENSCHEIN NATH & ROSENTHAL LLP
4520 Main Street, Suite 1100
Kansas City, MO 64111
Telephone: (816) 460-2400
Facsimile: (816) 531-7545
tascencio@sonnenschein.com

Attorneys for Defendant DMS Holdings, Inc.
dba Mabis Healthcare and Duro-Med Industries

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DMS HOLDINGS, INC. dba MABIS HEALTHCARE and DURO-MED INDUSTRIES, a Delaware Corporation; and DOES 1-100,<br><br>Defendant. | Case No. 08 CV 0559 H<br><br>Action filed: March 25, 2008<br><br>**DISCLOSURE OF INTERESTED PARTIES BY DEFENDANT AND COUNTERCLAIMANT DMS HOLDINGS, INC. dba MABIS HEALTHCARE and DURO-MED INDUSTRIES**<br><br><br>Judge Barry Ted Moskowitz<br>Magistrate Judge Cathy Ann Bencivengo |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant and Counterclaimant DMS Holdings, Inc., dba MABIS Healthcare and Duro-Med Industries ("MABIS"), by and through its attorneys, Sonnenschein Nath & Rosenthal LLP, makes the following disclosures:

///

///

///

-1-

STATEMENT OF INTERESTED PARTIES

21358219\V-2

1  MABIS is a corporation duly organized and existing under the laws of the State of
2  Delaware with its principal place of business at 1931 Norman Drive, Waukegan, Illinois 60085.
3  MABIS is a privately held company and has no publicly held affiliates.

Dated: May 1, 2008                    SONNENSCHEIN NATH & ROSENTHAL LLP


                                      By:        s/Teresa A. Ascencio
                                      Attorneys for Defendant DMS Holdings, Inc. Dba
                                      Mabis Healthcare and Duro-Med Industries

-2-

STATEMENT OF INTERESTED PARTIES

21358219\V-2

# PROOF OF SERVICE

I am employed in the Jackson County, Missouri and am an attorney duly licensed to practice law in the State of California and before the United States District Court for the Southern District of California. I am over the age of eighteen and not a party to the within action; my business address is 4520 Main Street, Suite 1100, Kansas City, MO 64111.

I hereby certify that on May 1, 2008, I electronically filed the foregoing

**DISCLOSURE OF INTERESTED PARTIES BY DEFENDANT AND COUNTERCLAIMANT DMS HOLDINGS, INC. dba MABIS HEALTHCARE and DURO-MED INDUSTRIES**

with the Clerk of the Court using the ECF system which will send notification of such filing to all parties registered to receive electronic service in the above-captioned case.

I declare under the laws of California and the United States of America that I am a member of the bar of this Court who executed service in the foregoing manner.

EXECUTED ON May 1, 2008 at Kansas City, Missouri:  s/Teresa A. Ascencio

-1-

STATEMENT OF INTERESTED PARTIES

21358219\V-2