```
1   MELODY A. KRAMER, SBN 169984
    KRAMER LAW OFFICE, INC.
2   9930 Mesa Rim Road, Suite 1600
3   San Diego, California 92121
    Telephone (858) 362-3150
4   mak@kramerlawip.com
5
6   J. MICHAEL KALER, SBN 158296
    KALER LAW OFFICES
7   9930 Mesa Rim Road, Suite 200
    San Diego, California 92121
8   Telephone (858) 362-3151
9   michael@kalerlaw.com

10  Attorneys for Plaintiff JENS ERIK SORENSEN,
    as Trustee of SORENSEN RESEARCH AND
11  DEVELOPMENT TRUST
```

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>    Plaintiff<br>  v.<br><br>DMS HOLDINGS, INC. d.b.a. MABIS HEALTHCARE and DURO-MED INDUSTRIES, a a Delaware Corporation; and DOES 1 – 100,<br><br>    Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08 cv 0559 BTM CAB<br><br>**REPLY TO COUNTERCLAIMS OF DMS HOLDINGS, INC.** |

Plaintiff/Counterdefendant Jens Erik Sorensen as Trustee of Sorensen Research and Development Trust ("SRDT"), hereby respectfully replies to the specific numbered paragraphs identified of the Counterclaims of Defendant/Counterclaimant DMS Holdings, Inc. ("DMS") as follows:

### The Parties

1. Upon current information and belief, admit.
2. Admit.

### Jurisdiction and Venue

3. Admit.
4. Admit.
5. Admit.

### Background Facts

6. Upon information and belief, admit.
7. Admit that MABIS received a letter from Sorensen's attorney dated April 22, 2005. Said letter speaks for itself. Deny that the characterization/summary of the letter is complete and/or accurate.
8. Admit that MABIS or its attorneys received more than 10 letters from Sorensen's attorneys since the April 22, 2005 letter. Said letters speak for themselves. Deny that all of those letters went to Illinios. Deny that the characterization/summary of the letter is complete and/or accurate.
9. Upon current information, admit the existence of letters from Sorensen's attorneys to MABIS or its attorneys on the listed dates other than August 31, 2006. Deny that paragraph 9 contains a full list of the dates of communications between the parties, and also denies the remainder of the paragraph.
10. Deny.
11. Deny.

### Counterclaim I

2.

Case No.08cv559 BTM CAB

1   12.   SRDT realleges and incorporates by reference the allegations set forth
2   in paragraphs 1 though 11 as though fully set forth herein.
3   13.   Admit.
4   14.   Admit.
5   15.   Deny.
6   16.   Admit.

## Counterclaim II

9   17.   SRDT realleges and incorporates by reference the allegations set forth
10  in paragraphs 1 though 16 as though fully set forth herein.
11  18.   Deny.
12  19.   Admit.

**WHEREFORE,** SRDT prays that judgment on DMS be entered as follows:

a.   For judgment in favor of SRDT and against DMS on all requested relief;

b.   That this case be decreed an "exceptional case" and SRDT is awarded reasonable attorneys' fees by the Court pursuant to 35 U.S.C. § 285;

c.   For costs of suit herein incurred;

d.   For such other and further relief as the Court may deem just and proper.

DATED this Thursday, May 08, 2008.

JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT
TRUST, Plaintiff

/s/ Melody A. Kramer
Melody A. Kramer, Esq.
J. Michael Kaler
Attorney for Plaintiff

**PROOF OF SERVICE**

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Thursday, May 08, 2008, I served the following documents:

REPLY TO COUNTERCLAIMS OF DMS HOLDINGS, INC.

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Teresa A. Ascencio<br>Sonnenschein Nath & Rosenthal LLP<br>4250 Main Street, Suite 1100<br>Kansas City, MO 64111<br>tascencio@sonnenschein.com | DMS Holdings, Inc. | Email--Pleadings Filed with the Court via ECF |

☐ (Personal Service) I caused to be personally served in a sealed envelope hand-delivered to the office of counsel during regular business hours.

☐ (Federal Express) I deposited or caused to be deposited today with Federal Express in a sealed envelope containing a true copy of the foregoing documents with fees fully prepaid addressed to the above noted addressee for overnight delivery.

☐ (Facsimile) I caused a true copy of the foregoing documents to be transmitted by facsimile machine to the above noted addressees. The facsimile transmissions were reported as complete and without error.

☐ (Email) I emailed a true copy of the foregoing documents to an email address represented to be the correct email address for the above noted addressee.

☒ (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

☐ (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Thursday, May 08, 2008, in San Diego, California.

1
2
3                                                                          /s/ Melody A. Kramer
                                                                           _____
4                                                                           Melody A. Kramer
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                                    5.                              Case No.08cv559 BTM CAB