MELODY A. KRAMER, SBN 169984
KRAMER LAW OFFICE, INC.
9930 Mesa Rim Road, Suite 1600
San Diego, California 92121
Telephone (858) 362-3150
mak@kramerlawip.com

J. MICHAEL KALER, SBN 158296
KALER LAW OFFICES
9930 Mesa Rim Road, Suite 200
San Diego, California 92121
Telephone (858) 362-3151
michael@kalerlaw.com

Attorneys for Plaintiff JENS ERIK SORENSEN,
as Trustee of SORENSEN RESEARCH AND
DEVELOPMENT TRUST

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>                    Plaintiff<br>  v.<br><br>DMS HOLDINGS, INC. d.b.a. MABIS HEALTHCARE and DURO-MED INDUSTRIES, a a Delaware Corporation; and DOES 1 – 100,<br><br>                    Defendants.<br>_____<br>and related counterclaims.<br>_____ | Case No. 08cv559 BTM CAB<br><br>**PLAINTIFF'S REQUEST FOR SCHEDULING OF ENE CONFERENCE PER PATENT LOCAL RULE 2.1** |

## SUMMARY

Defendants filed an Answer and Counterclaim in this case on May 1, 2008, more than 90 days ago. However, no Early Neutral Evaluation ("ENE") Conference has been set pursuant to Local Rules.

Wherefore, Plaintiff respectfully requests that the Court schedule an ENE in this case.

## FACTUAL SUMMARY

This case was filed on March 25, 2008. Defendant filed an Answer and Counterclaim in this case on May 1, 2008. Docket #8.

## ARGUMENT

I. LOCAL RULES CALL FOR AN ENE TO BE HELD NO LATER THAN 60 DAYS AFTER A DEFENDANT'S FIRST APPEARANCE.

"Within 60 days of a defendant making its first appearance in the case, counsel and the parties will appear before the assigned magistrate judge for an ENE conference pursuant to Civ.L.R. 16.1.c.1." Patent L.R. 2.1.a.

Well more than 60 days have passed, but no order scheduling an ENE conference has issued.

## CONCLUSION

For the reasons set forth above, Plaintiff respectfully requests that the Court issue an order scheduling an ENE in this case pursuant to Patent L.R. 2.1.

//

1  DATED this Friday, August 15, 2008.

        JENS ERIK SORENSEN, as Trustee of
SORENSEN RESEARCH AND DEVELOPMENT TRUST, Plaintiff

        /s/ Melody A. Kramer
_____
Melody A. Kramer, Esq.
J. Michael Kaler, Esq.
Attorney for Plaintiff

**PROOF OF SERVICE**

I, Melody A. Kramer, declare: I am and was at the time of this service working within in the County of San Diego, California. I am over the age of 18 year and not a party to the within action. My business address is the Kramer Law Office, Inc., 9930 Mesa Rim Road, Suite 1600, San Diego, California, 92121.

On Friday, August 15, 2008, I served the following documents:

PLAINTIFF'S REQUEST FOR SCHEDULING OF ENE CONFERENCE
PER PATENT LOCAL RULE 2.1

| PERSON(S) SERVED | PARTY(IES) SERVED | METHOD OF SERVICE |
|---|---|---|
| Teresa A. Ascencio<br>Sonnenschein Nath & Rosenthal LLP<br>4250 Main Street, Suite 1100<br>Kansas City, MO 64111<br>tascencio@sonnenschein.com | DMS Holdings, Inc. | Email--Pleadings Filed with the Court via ECF |

[X] (Email--Pleadings Filed with the Court) Pursuant to Local Rules, I electronically filed this document via the CM/ECF system for the United States District Court for the Southern District of California.

[ ] (U.S. Mail) I mailed a true copy of the foregoing documents to a mail address represented to be the correct mail address for the above noted addressee.

I declare that the foregoing is true and correct, and that this declaration was executed on Friday, August 15, 2008, in San Diego, California.

/s/ Melody A. Kramer
---
Melody A. Kramer

2.

Case No. _____