1  Teresa A. Ascencio  Cal. Bar No. 217053
   SONNENSCHEIN NATH & ROSENTHAL LLP
2  4520 Main Street, Suite 1100
   Kansas City, MO 64111
3  Telephone: (816) 460-2400
   Facsimile: (816) 531-7545
4  tascencio@sonnenschein.com
5
   Attorneys for Defendant DMS Holdings, Inc.
6  dba Mabis Healthcare and Duro-Med Industries
7
8
9           UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>DMS HOLDINGS, INC. dba MABIS HEALTHCARE and DURO-MED INDUSTRIES, a Delaware Corporation; and DOES 1-100,<br><br>Defendant. | Case No. 3:08-cv-00559-BTM-CAB<br><br>Action filed: March 25, 2008<br><br>**AUTHORITIES IN SUPPORT OF DEFENDANT DMS HOLDINGS, INC. dba MABIS HEALTHCARE and DURO-MED INDUSTRIES' REPLY TO PLAINTIFF'S RESPONSE TO OSC RE STAY**<br><br>Judge Barry Ted Moskowitz<br>Magistrate Judge Cathy Ann Bencivengo |

Defendant DMS Holdings, Inc., doing business as MABIS Healthcare and Duro-Med Industries, ("DMS Holdings") hereby files these Authorities in Support of its Reply to Plaintiff's Response to OSC Re Stay.

The following exhibits are attached hereto:

1.  *Sorensen Research & Dev. Trust v. Black & Decker Corp.*, 2007 WL 2696590 (S.D. Cal. 2007)                                         3-8

2.  *Tap Pharm. Prod., Inc. v. Atrix Lab., Inc.*, 70 U.S.P.Q.2d 1319, 2004 WL 422697 (N.D. Ill. 2004)                                         9-10

-1-

| | | |
|---|---|---|
| 3. | *Predicate Logic, Inc. v. Dist. Software, Inc.*, | |
| | Case No. 01cv1951, (S.D. Cal. 2002) | 11-17 |
| 4. | *Photoflex Prods., Inc. v. Circa 3 LLC*, (N.D. Cal. 2006) | 18-20 |
| 5. | *Nanometrics, Inc. v. Nova Measuring Inst., Ltd.*, | |
| | 2007 WL 627920 (N.D. Cal. 2007) | 21-23 |
| 6. | *Wireless Spectrum Tech., Inc. v. Motorola*, | |
| | 57 U.S.P.Q.2d 1662, 2001 WL 32852 (N.D. Ill. 2001) | 24-25 |
| 7. | *Clintec Nutrition Co. v. Abbott Lab.*, 1995 WL 228988 (N.D. Ill. 1995) | 26-31 |
| 8. | *Broadcast Innovation, LLC v. Charter Comm. Inc.*, | |
| | 2006 WL 1897165 (D. Colo. 2006) | 32-42 |
| 9. | *KLA-Tencor Corp. v. Nanometrics, Inc.*, | |
| | 2006 WL 708661 (N.D. Cal. 2006) | 43-46 |
| 10. | *Emhart Industries, Inc. Sankyo Seiki Mfg. Co., Ltd.*, | |
| | 1987 WL 6314 (N.D. Ill. 1987) | 47-49a |
| 11. | *Ingro v. Tyco Indus., Inc. et al.*, | |
| | 227 U.S.P.Q. 69, 1985 WL 1649 (N.D. Ill. 1985) | 50-52 |
| 12. | *Sun-Flex Co. Inc. Softview Computer Prod., Corp.*, | |
| | 1989 WL 117976 (N.D. Ill. 1989) | 53 |
| 13. | United States Patent and Trademark Office, | |
| | *Ex Parte* Reexamination Filing Data (June 30, 2008) | 54-55 |

Dated: September 4, 2008

**SONNENSCHEIN NATH & ROSENTHAL LLP**

By: /s/ Teresa A. Ascencio

Attorneys for Defendant DMS Holdings, Inc. Dba Mabis Healthcare and Duro-Med Industries

-2-

SONNENSCHEIN NATH & ROSENTHAL LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
(213) 623-9300

## PROOF OF SERVICE

I am employed in Jackson County, Missouri and am an attorney duly licensed to practice law in the State of California and before the United States District Court for the Southern District of California. I am over the age of eighteen and not a party to the within action; my business address is 4520 Main Street, Suite 1100, Kansas City, MO 64111.

I hereby certify that on September 4, 2008, I electronically filed the foregoing

**AUTHORITIES IN SUPPORT OF DEFENDANT DMS HOLDINGS, INC. dba MABIS HEALTHCARE and DURO-MED INDUSTRIES' REPLY TO PLAINTIFF'S RESPONSE TO OSC RE STAY**

with the Clerk of the Court using the ECF system which will send notification of such filing to all parties registered to receive electronic service in the above-captioned case.

I declare under the laws of California and the United States of America that I am a member of the bar of this Court who executed service in the foregoing manner.

EXECUTED ON September 4, 2008 at Kansas City, Missouri:  s/Teresa A. Ascencio

-1-

AUTHORITIES IN SUPPORT OF REPLY TO OSC RE STAY
08-cv-00559-BTM-CAB

21381279