1  J. MICHAEL KALER, SBN 158296
   KALER LAW OFFICES
2  9930 Mesa Rim Road, Suite 200
3  San Diego, California 92121
   Telephone (858) 362-3151
4  michael@kalerlaw.com

5
   MELODY A. KRAMER, SBN 169984
6  KRAMER LAW OFFICE, INC.
   9930 Mesa Rim Road, Suite 1600
7  San Diego, California 92121
8  Telephone (858) 362-3150
   mak@kramerlawip.com
9

10 Attorneys for Plaintiff JENS ERIK SORENSEN,
   as Trustee of SORENSEN RESEARCH AND
11 DEVELOPMENT TRUST

12                    UNITED STATES DISTRICT COURT

13              FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 JENS ERIK SORENSEN, as Trustee of   ) Case No. 08cv559 BTM CAB
   SORENSEN RESEARCH AND              )
16 DEVELOPMENT TRUST,                 ) **NOTICE OF MOTION AND PLAINTIFF'S**
                                      ) **MOTION TO DELAY RULING ON THE**
17                Plaintiff           ) **COURT'S OSC WHY THE CASE SHOULD**
                                      ) **NOT BE STAYED AND ALLOW**
18    v.                             ) **CONDUCT OF DEPOSITIONS OF**
                                      ) **HAROLD WEGNER AND DENNIS**
19                                    ) **CROUCH**
   DMS HOLDINGS, Inc. dba MABIS        )
20 HEALTHCARE and DURO-MED            )
   INDUSTRIES; a Delaware corporation; ) Date:  October 17, 2008
21 and DOES 1 – 100,                  ) Time:  11:00 A.M.
                                      ) Courtroom:  15, Fifth Floor
22                                    ) Hon. Barry Ted Moskowitz
                Defendants.           )
23                                    ) NO ORAL ARGUMENT UNLESS
                                      ) REQUESTED BY THE COURT –
24 _____ )
                                      ) *Oral Argument Has Been Respectfully*
25 AND RELATED COUNTERCLAIMS          ) *Requested by Plaintiff*
                                      )
26                                    )
                                      )
27                                    )
                                      )
28

1  **To all parties and their respective counsel:**

2      **PLEASE TAKE NOTICE** that October 17, 2008 at 11:00 A.M., or as soon

3  thereafter as the matter may be heard, in Courtroom 15, on the Fifth Floor of the

4  United States District Court for the Southern District of California, Plaintiff Jens

5  Erick Sorensen, as Trustee of Sorensen Research and Development Trust ("SRDT"),

6  will move and hereby does respectfully move the Court to delay its ruling on the

7  Order to Show Cause Why the Case Should Not be Stayed issued on August 19,

8  2008 (Docket # 14) ("OSC") and for leave to promptly subpoena depositions of,

9  Harold Wegner and Dennis Crouch, with regard to the typical duration of recently

10  filed patent reexaminations.

11      The motion will be supported by this Notice Of Motion And Plaintiff's

12  Motion To Delay Ruling On The Court's OSC Why The Case Should Not Be

13  Stayed And Allow Conduct Of Depositions Of Harold Wegner And Dennis Crouch;

14  the Memorandum of Points and Authorities and Declaration of J. Michael Kaler

15  filed concurrently herewith, by all prior pleadings in this case, and in the other '184

16  patent cases pending before this Court, and by such additional law and evidence as

17  will be presented at oral argument on this matter if the Court so allows.

18  DATED this Friday, September 05, 2008.

19                          JENS ERIK SORENSEN, as Trustee of
20                          SORENSEN RESEARCH AND DEVELOPMENT
                            TRUST, Plaintiff
21

22                          /s/ J. Michael Kaler
23                          J. Michael Kaler, Esq.
                            Melody A. Kramer, Esq.
24                          Attorney for Plaintiff
25
26
27
28

Case No. 08cv559 BTM CAB

2.