```
 1  MELODY A. KRAMER, SBN 169984
    KRAMER LAW OFFICE, INC.
 2  9930 Mesa Rim Road, Suite 1600
 3  San Diego, California 92121
    Telephone (858) 362-3150
 4  mak@kramerlawip.com
 5
 6  J. MICHAEL KALER, SBN 158296
    KALER LAW OFFICES
 7  9930 Mesa Rim Road, Suite 200
    San Diego, California 92121
 8  Telephone (858) 362-3151
 9  michael@kalerlaw.com
10
    Attorneys for Plaintiff JENS ERIK SORENSEN,
11  as Trustee of SORENSEN RESEARCH AND
    DEVELOPMENT TRUST
12
13                  UNITED STATES DISTRICT COURT
14              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
15
```

| | |
|---|---|
| JENS ERIK SORENSEN, as Trustee of SORENSEN RESEARCH AND DEVELOPMENT TRUST, <br><br> Plaintiff <br><br> v. <br><br> DMS HOLDINGS, INC. d.b.a. MABIS HEALTHCARE and DURO-MED INDUSTRIES, a a Delaware Corporation; and DOES 1 – 100, <br><br> Defendants. <br> _____ <br> and related counterclaims. | Case No. 08cv559 BTM CAB <br><br> **DECLARATION OF J. MICHAEL KALER** <br><br> Date: October 17, 2008 <br> Time: 11:00 A.M. <br> Courtroom: 15, Fifth Floor <br> Hon. Barry Ted Moskowitz <br><br> NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT – <br><br> *Oral Argument Has Been Respectfully Requested by Plaintiff* |

I, J. MICHAEL KALER, declare:

1. I am not a party to the present action. I am over the age of eighteen. I have personal knowledge of the facts contained within the following paragraphs, and could and would competently testify thereto if called as a witness in a court of law.

2. At all times relevant herein I have been an attorney for Sorensen Research and Development Trust ("Sorensen"), Plaintiff in the above-captioned matter.

3. This declaration is made in support of Plaintiff's Motion To Delay Ruling On The Court's OSC Why The Case Should Not Be Stayed And Allow Conduct Of Depositions Of Harold Wegner And Dennis Crouch.

4. In July 2007, Black & Decker filed a request for reexamination of U.S. Patent 4,935,184 ("'184 patent"). In December 2007, co-defendants to Black & Decker filed another request for reexamination.

5. We are now in the 14 month since filing with the USPTO, and no office action, the first substantive step in a reexamination proceeding, has issued.

6. On June 25, 2008, well-respected intellectual property blogger Dennis Crouch reported the results of a statistical analysis of USPTO reexamination figures for 2000+ reexamination certificates published since 2000. The copy of a report is attached herein as Exhibit B.

7. On June 26, 2008, Professor Harold Wegner who has testified before Congress regarding patent reforms and is also a partner with Foley & Lardner (counsel for one of the *Black & Decker* case defendants) cited Professor Dennis Crouch's research and added his own blistering critique of the PTO reexamination process. The copy of his email to Melody Kramer is attached herein as Exhibit C.

8. In February 2008, Professor Wegner was also reported in the San Diego Intellectual Property Lawyers Association journal as stating that "today the average ex parte reexamination takes about 5 years (vs. the PTO's claim that it takes 2 years). If an appeal to the CAFC is involved, that extends the period to 7.7 years." The

article from this journal is attached herein as Exhibit D.

9. The Court has indicated that the length of the reexamination is a primary factor in issuing a stay, and that anything beyond 2 years is unacceptable: "if nothing seems likely at the end of two years, then I don't know that I'm going to keep the stay. I mean, I think the odds are that I am not going to keep the stay in place." Relevant pages from August 20, 2008 hearing transcript are attached herein as Exhibit A.

10. On September 4, 2008, I telephoned Teresa Ascencio, counsel for Defendant DMS Holdings Inc., and asked if Defendant would stipulate to the conduct of depositions of Professor Wegner and Professor Crouch. Ms. Ascencio politely declined to stipulate.

I declare that the foregoing is true and correct to the best of my personal knowledge under penalty of perjury of the laws of the State of California and of the United States of America, this Friday, September 05, 2008.

/s/ J. Michael Kaler

J. Michael Kaler, Esq.
Attorney for Plaintiff